WHEN RECORDED MAIL TO:

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NATIONWIDE JUDGMENT RECOVERY INC. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | CV 2:20-mc-00137 |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on September 28, 2020
in favor of   NATIONWIDE JUDGMENT RECOVERY INC.
whose address is   8452 Katella Ave, Stanton CA 90680
and against   GONEN SHLOMO
whose last known address is   2190 PASEO ELEGANTE, OXNARD CA 93030
for $ 44,940.01       Principal,  $ 3,698.89       Interest,  $ 0       Costs,
and $ 0.00       Attorney Fees.

ATTESTED this _____1_____ day of __February__ , 20__21__
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number;  __8086__ (last 4 digits) ☐ Unknown.

☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

GONEN SHLOMO

2190 PASEO ELEGANTE

OXNARD CA 93030

CLERK, U.S. DISTRICT COURT

By _____
         Deputy Clerk

1246

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER